**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6379**

ANTHONY J. MCCOY,

        Plaintiff - Appellant,

      v.

CHAPPELL, Officer, Nottoway Correctional Center; ANDERSON, Sgt., Nottoway Correctional Center; HURST, Capt., Nottoway Correctional Center; WALTON, Lieutenant, Nottoway Correctional Center; STOKES, Lieutenant, Nottoway Correctional Center,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:10-cv-00756-JRS)

Submitted: June 14, 2012        Decided: June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony J. McCoy, Appellant Pro Se. Lara Kate Jacobs, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Chappell, No. 3:10-cv-00756-JRS (E.D. Va. Feb. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED